
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO<br><br>                             Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,  et al.<br><br>                             Defendants. | Case No.:   20cv82-LAB (BGS)<br><br>**ORDER GRANTING LEAVE TO AMEND, AND EXTENDING TIME TO FILE AMENDED COMPLAINT** |

On January 15, 2020, the Court screened and dismissed the complaint for failure to invoke the Court's jurisdiction. Plaintiff filed a first amended complaint as directed, which does not correct all the defects the Court's order identified. Then she filed a motion recognizing that her first amended complaint was defective, and asking for an extension of time to file an amended complaint that fully complied with the Court's order.

The Court construes this as a motion for leave to amend. So construed, the motion is **GRANTED**.  Plaintiff may file her second amended complaint by **February 10, 2020**.  Plaintiff should take care that her second amended complaint corrects the defects the Court's order pointed out. Her failure to do so may be

1

construed as an admission that the complaint's defects cannot be corrected and that further amendment would be futile.

**IT IS SO ORDERED**.

Dated:  February 6, 2020

Honorable Larry Alan Burns
Chief United States District Judge

20cv82