**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rubia Mabel Morales-Alfaro,<br><br>                                    Plaintiff,<br><br>          v.<br><br>United States Department of Homeland Security, et al.,<br><br>                                    Defendants. | NO. 3:20-cv-00082-LAB-BGS<br><br>**ORDER GRANTING LEAVE TO AMEND; AND**<br><br>**ORDER GRANTING IN PART EXTENSION OF TIME FOR DEFENDANT CORECIVIC, INC. TO ANSWER** |

For good cause shown, the joint motions (Docket nos. 24 and 27) to extend the time for Defendant CoreCivic, Inc. to file its responsive pleading to Plaintiff's complaint are **GRANTED IN PART**.  The second joint motion contemplates that Plaintiff will amend her complaint again. Leave to file a third amended complaint is **GRANTED.**  Plaintiff shall file her third amended complaint by **June 8, 2020**. CoreCivic shall respond to the complaint by **July 8, 2020**, and need not respond to the second amended complaint. If CoreCivic needs more than thirty days to respond, it should seek an extension by joint or ex parte motion, which must show good cause for the extension.

Dated: June 1, 2020

_Larry A. Burns_

Hon. Larry A. Burns
Chief United States District Judge

Order                                                                  NO. 3:20-cv-00082-LAB-BGS