# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER:   20cv0082-LAB-BGS | |
| TITLE:   Morales-Alfaro v. U.S. Department of Homeland Security et al | |
| E-FILED DATE:   6/9/2020 | DOCUMENT NO.:   33 |
| DOCUMENT TITLE:   Third Amended Complaint | |
| DOCUMENT FILED BY:   Rubia Mabel Morales-Alfaro | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") Discrepancy

Civ.L. Rule 7.1 or 47.1 – Filing is not timely per ECF No. 32, Order Granting Leave to Amend: "Plaintiff shall file her third amended complaint by 6/8/2020."

## IT IS HEREBY ORDERED:

| | |
|---|---|
| ☒ | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| ☐ | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 11, 2020

_Larry A. Burns_

Chambers of the Honorable
Chief Judge Larry Alan Burns