UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BERNARD G. SKOMAL TO MAGISTRATE JUDGE DANIEL E. BUTCHER** | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Bernard G. Skomal to the calendar of the Honorable Daniel E. Butcher for all further proceedings.  All conferences or hearing dates previously set before Judge Skomal will remain as scheduled and will be before Judge Butcher.  All dates before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 19-cv-1780-CAB | Stewart v. Chick-Fil-A, Inc., et al. |
| 19-cv-1966-CAB | Roe v. Grossmont Union High Sch. Dist., et al. |
| 20-cv-0082-LAB | Morales-Alfaro v. U.S. Dep't of Homeland Sec., et al. |
| 20-cv-0611-AJB | Verbick v. The Movement Tech. Co., Inc., et al. |
| 20-cv-0470-WQH | Gadsden v. Cty. of San Diego, et al. |
| 20-cv-0169-AJB | Henderson v. Pollard |

1

20-cv-1085-CAB          Sussman, et al. v. San Diego Police Dep't, et al.

**IT IS SO ORDERED.**

Dated:  June 17, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge