# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Rubia Mabel Morales-Alfaro,

Plaintiff,

v.

United States Department of Homeland Security, et al.,

Defendants.

NO. 3:20-cv-00082-LAB-BGS

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT CORECIVIC, INC. TO ANSWER**

For good cause shown, the joint motions (Docket no. 36) to extend the time for Defendant CoreCivic, Inc. to file its responsive pleading to Plaintiff's complaint is **GRANTED**. CoreCivic shall answer or otherwise respond to the complaint by **July 15, 2020**.

Dated: July 8, 2020

_Larry A. Burns_

Hon. Larry A. Burns
Chief United States District Judge

Order                                      NO. 3:20-cv-00082-LAB-BGS