UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>Defendants. | Case No.:  20CV082-LAB(DEB)<br><br>**ORDER TRANSFERRING CASE** |

The above identified case is transferred from the calendar of the Honorable Daniel E. Butcher to the calendar of the Honorable Bernard G. Skomal for all further proceedings. The new case number is 20-cv-082-LAB(BGS).

IT IS SO ORDERED.

Dated:  August 18, 2020

_____

Daniel E. Butcher
United States Magistrate Judge

1

20CV082-LAB(DEB)