# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Morales-Alfaro v. U.S.D.H.S.**          Case Number:  **20cv82-LAB (BGS)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

     The parties have jointly moved to continue the hearing on Defendants' motions to dismiss, currently on calendar for September 21, 2020, to November 16, 2020.  The hearing on September 21 is **VACATED**, but may be reset to November 16 or later. No appearances will be required in this matter on September 21, 2020.

Date:  September 14, 2020                    Initials:  MDM/LC

cc:  All Counsel