**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Morales-Alfaro v. U.S. D.H.S.**          Case Number: **20cv82-LAB (BGS)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

     The parties jointly moved to continue the September 21 hearing date on Defendants' motions to dismiss to November 16, in order to give Plaintiff more time to respond to the motions. The Court granted the joint motion in part, except that it vacated the hearing rather than continuing it to November 16, which was unavailable. Both sides have requested clarification of the briefing dates.

     Plaintiff's opposition to each motion shall be filed by November 9, 2020. Defendants' reply, if any, shall be filed by November 16, 2020. If appropriate, the Court will schedule a hearing after reviewing the briefing, but otherwise the motions will be deemed submitted on the papers.

Date: November 2, 2020          Hon. Larry A. Burns
Chief United States District Judge

cc:    All Counsel