## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Morales-Alfaro v. U.S. D.H.S.**          Case Number:  **20cv82-LAB (BGS)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

    The unopposed motion (Dkt. 54) to continue the hearing date on CoreCivic's motion to strike is **GRANTED**. The hearing is continued to **July 12, 2021 at 11:15 a.m.** and the briefing dates are continued accordingly.

Date:  May 5, 2021

Hon. Larry A. Burns
United States District Judge