**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name:  **Morales-Alfaro v. U.S.D.H.S.**          Case Number:  **20cv82-LAB (BGS)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

  Currently on calendar for Monday, July 12, 2021 at 11:15 a.m. is a hearing on CoreCivic's motion to strike. (Docket no. 52.) Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument.  Accordingly, the hearing on this motion is taken off calendar and this matter is taken under submission.  No appearances will be required in this matter on July 12, 2021.

Date:  July 6, 2021                                Initials:  MDM/LC

cc:  All Counsel