UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO,<br><br>                                  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                                  Defendants. | Case No.:  20-cv-0082-LAB-BGS<br><br>**ORDER:**<br>   **(1) GRANTING MOTION TO SEAL MOTION TO EXTEND DISCOVERY DEADLINES**<br>   **(2) REQUIRING FILING OF REDACTED VERSION OF MOTION TO EXTEND DISCOVERY AND FILING DEADLINES**<br><br>[ECF 63] |

On August 25, 2021, Plaintiff filed a Motion to Seal, seeking to file her Motion to Extend Discovery and Filing Deadlines under seal because the filing includes sensitive medical information.  (ECF 63 at 1.)  The Motion to File under seal is **GRANTED**.  The unredacted version of Plaintiff's Motion to Extend Discovery and supporting documentation shall be filed under seal.  However, Plaintiff must file a redacted version of her Motion to Extend Discovery and Filing Deadlines.  The undersigned will not rule on the Motion to Extend Discovery and Filing Deadlines until a redacted version is filed

20-cv-0082-LAB-BGS

in the public docket.

**IT IS SO ORDERED.**

Dated:  August 31, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

20-cv-0082-LAB-BGS