UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>       Defendants. | Case No.: 20-cv-0082-LAB-BGS<br><br>**ORDER GRANTING IN PART MOTION TO EXTEND DISCOVERY AND FILING DEADLINES**<br><br>[ECF 67] |

On August 25, 2021, Plaintiff filed a Motion to File documents under seal and submitted a Motion to Extend Discovery and Filing Deadlines and supporting documents to be filed under seal.  (ECF 63.)  The Motion to File under seal was granted, but the Court ordered Plaintiff to file a redacted version of the Motion to Extend Discovery and Filing Deadlines.  (ECF 65.)  Plaintiff has now filed a redacted version of the Motion. (ECF 67.)

Having considered the Motion, the lack of objection or opposition from Defendants, the status of the case, and the current deadlines in the Scheduling Order, the Court finds some extension of the deadlines set in the Scheduling Order is warranted, but the 120 days requested is not justified.  Accordingly, the Motion is **GRANTED in part**

1

as follows:

| Item | Current Deadline | New Deadline |
| --- | --- | --- |
| Close of Fact Discovery | 12/22/21 | 2/7/22 |
| Parties' Expert Designations | 1/21/22 | 2/28/22 |
| Parties' Rebuttal Experts Designated | 2/4/22 | 3/14/22 |
| Rule 26 (a)(2)(B) and (C) compliance | 3/4/22 | 4/4/22 |
| Parties' supplements to disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(D) | 3/18/22 | 4/18/22 |
| All expert discovery Completed | 4/18/22 | 5/9/22 |
| All pretrial motions filed | 5/18/22 | 5/30/22 |

20-cv-0082-LAB-BGS

The remaining deadlines in the Scheduling Order are not extended.[1]

**IT IS SO ORDERED.**

Dated:  September 8, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] If the parties seek any additional extensions of any of the deadlines set in the Scheduling Order, they "must include a declaration from counsel of record detailing the steps taken to comply with the dates and deadlines set in the order, and the specific reasons why deadlines cannot be met, as well as the specific discovery that has been conducted, and what specific discovery remains."  (Judge Skomal's Chambers Rules, Section III.C.)  In detailing the steps taken to comply with the Scheduling Order and identification of the specific discovery that has been conducted since the Scheduling Order was initially issued, the parties must include relevant dates.

3