Daniel P. Struck, Pro Hac Vice
Ashlee B. Hesman, Pro Hac Vice
Dana M. Keene, CA Bar No. 324993
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226-2473
Telephone: (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
ahesman@strucklove.com
dkeene@strucklove.com

Matt Mahoney, CA Bar No. 211184
WITHAM MAHONEY & ABBOTT, LLP
401 B Street, Suite 2220
San Diego, CA 92101
Tel.: (619) 407-0505
Fax: (619) 872-0711
mahoney@wmalawfirm.com

*Attorneys for Defendant CoreCivic, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubia Mabel Morales-Alfaro,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>Defendants. | NO. 3:20-cv-00082-LAB (BGS)<br><br>**JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Judge:  Honorable Bernard G. Skomal |

During the course of this litigation, the Parties expect to produce materials that are normally kept confidential by the parties.  Such materials may contain trade secret or other confidential commercial information (as contemplated by Federal Rule of Civil Procedure 26(c)(1)(G)),or personal information, security information, and/or protected health information.  The Parties wish to ensure that this information remains confidential.  The Parties therefore agree that the procedures outlined in the attached proposed Protective Order should be adopted for the protection of confidential information, and jointly request that the Court enter the proposed protective order attached as Exhibit 1.

Joint Motion for Protective Order                    NO. 3:20-cv-00082-LAB-(BGS)

Dated:  September 30, 2021          By /s/ Ashlee B. Hesman
                                        Daniel P. Struck
                                        Ashlee B. Hesman
                                        Dana M. Keene
                                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                        dstruck@strucklove.com
                                        ahesman@strucklove.com
                                        dkeene@strucklove.com

                                        Matt Mahoney, Esq., CA Bar # 211184
                                        WITHAM MAHONEY & ABBOTT, LLP
                                        mahoney@wmalawfirm.com

                                        Attorneys for Defendant CoreCivic, Inc.

                                    By /s/ Joy Malby Bertrand (with permission)
                                        Joy Malby Bertrand
                                        JOY BERTRAND, ESQ., LLC
                                        joyous@mailbag.com

                                        Attorneys for Plaintiff Rubia Mable
                                        Morales-Alfaro

                                    By /s/ Samuel W. Bettwy (with permission)
                                        Randy S. Grossman
                                        Samuel W. Bettwy
                                        David B. Wallace
                                        OFFICE OF U.S. ATTORNEY
                                        efile.dkt.viv@usdoj.gov
                                        samuel.bettwy@usdoj.gov

                                        Attorneys for Defendant United States of
                                        America

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, Plaintiff Rubia Mable Morales-Alfaro and Defendant United States of America, and that I have obtained authorization to affix their electronic signature to this document.

Dated:  September 30, 2021

                                    By s/ Ashlee B. Hesman
                                        Ashlee B. Hesman

Joint Motion for Protective Order          2          NO. 3:20-cv-00082-LAB-(BGS)