# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

RUBIA MABEL MORALES-ALFARO,

Plaintiff,

v.

UNITED STATES, et al.,

Defendants.

No. 20-cv-00082-LAB (BGS)

**ORDER GRANTING JOINT MOTION TO AMEND PROTECTIVE ORDER**

[ECF 73]

Having reviewed the parties' Joint Motion to Amend Protective Order, the Court **GRANTS** the motion. Paragraph 4 of the Protective Order [ECF No. 70] shall henceforth read as follows:

4. The term "personal information" refers to all documents containing dependent information, personal addresses or phone numbers, social-security numbers, other identifying information, personal contact information, or employment and wage information, and personally identifiable information covered by the Privacy Act of 1974. Such protections shall pertain to current or former employees, agents, or contractors of CoreCivic or others such as detainees and non-parties to this litigation.

**IT IS SO ORDERED.**

Dated: January 11, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge