**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**Rubia Mabel Morales-Alfaro, individually,**

**Plaintiff,**

**v.**

**United States, *et al.*, Defendants.**

Case No. 20-cv-0082-LAB-BGS

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE DECLARATIONS**

[ECF 76]

On January 6, 2022, the parties filed a joint motion to extend all their discovery deadlines by thirty days. (ECF 72.) The Court ordered the parties to file a supplemental brief in support of the Joint Motion with the required declarations by January 18, 2022. (ECF 75.) On January 18, 2022, Plaintiff filed an unopposed motion to extend the January 18, 2022 deadline to January 24, 2022. (ECF 76.) Plaintiff's counsel indicates that she is out of the country until January 21, 2022,

1

20-cv-0082-LAB-BGS

has unreliable access to cellular service, and has experienced power outages. (*Id.*) The Motion indicates that these issues have made it difficult to communicate with opposing counsel. (*Id.*)

The Motion is **GRANTED**. The parties shall file their supplemental brief in support of their joint motion with the required declarations by January 24, 2022.

**IT IS SO ORDERED.**

Dated: January 18, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

2

20-cv-0082-LAB-BGS