UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: 20-cv-0082-LAB-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE**<br><br>[ECF 84] |

On April 15, 2022, the parties filed a Joint Motion to continue the September 19, 2022 Pretrial Conference because both counsel for the United States will be unavailable on September 19, 2022.  (ECF 84.)  The Joint Motion is **GRANTED** and the PTC is **CONTINUED** to September 26, 2022 at 11:15 AM. (ECF 84.)

**IT IS SO ORDERED.**

Dated:  April 18, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

1

20-cv-0082-LAB-BGS