UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO, | Case No.: 20-cv-0082-LAB-BGS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY AND PRETRIAL MOTIONS FOR THREE WEEKS** |
| v. | |
| UNITED STATES, et al., | |
| Defendants. | [ECF 86] |

On April 27, 2022, the parties filed a Joint Motion to Extend Deadlines for Expert Discovery and Pretrial Motions for Three Weeks. (ECF 86.) Counsel for the United States and Plaintiff's counsel filed declarations in support of the Joint Motion, (ECF 86-1 (United States); ECF 87 (Plaintiff).) The parties move to extend remaining expert deadlines by three weeks and the deadline to file pretrial motions by three weeks. (ECF 86.)

The Joint Motion explains that the parties were on track to complete expert discovery within the established deadlines until Defendants' received Plaintiff's unforeseen supplemental disclosure of additional medical records that their expert will need to complete her report. (*Id.*) Plaintiff's counsel's declaration explains that previous records requests resulted in error messages, and it was only when the

hospital sent hard copies of the records that Plaintiff received any actual medical records from this provider. (ECF 87.) Plaintiff's counsel indicates these records were provided to Defendants the day after they were received and acknowledges they will assist both Defendants' expert and Plaintiff's rebuttal experts with their opinions. (*Id.*) The parties also explain that Plaintiff will need additional time, because she has three appellate briefs due between now and May 6, 2022.

Based on the late disclosure of additional medical records significant to the completion of expert reports, the Joint Motion is **GRANTED**. The deadlines are extended as set forth below:

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert reports due | 4/29/22 | 5/20/22 |
| Expert rebuttals due | 5/9/22 | 5/30/22 |
| Close of expert discovery | 5/23/22 | 6/13/22 |
| Deadline for pretrial motions | 6/6/22 | 6/27/22 |

No other deadlines in the Scheduling Order are extended.

**IT IS SO ORDERED.**

Dated: May 2, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

2                                    20-cv-00082-LAB-BGS