**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rubia Mabel Morales-Alfaro,<br><br>                                    Plaintiff,<br><br>        v.<br><br>United States Department of<br>Homeland Security, et al.,<br><br>                                    Defendants. | No. 3:20-cv-00082-LAB-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL MOTION DEADLINE BY TWO WEEKS [Dkt. 89]** |

For good cause shown, the Joint Motion to Extend Pretrial Motion Deadline by Two Weeks is **GRANTED**. [Dkt. 89]. The deadline to file pretrial motions is extended from June 27, 2022, to July 11, 2022.

Dated: June 23, 2022

Lamy A. Burns
_____
Hon. Larry A. Burns
Chief United States District Judge

20cv82