# **EXHIBIT 6**

## Sworn Declaration of Rubia Mabel Morales Alfaro

*I swear under penalty of perjury of the laws of the United States of America that the following is true and correct to the best of my knowledge.*

1. My name is Rubia Mabel Morales Alfaro. I was born on January 3, 1990 in El Salvador. I am currently detained in California at the Otay Mesa Detention Center.

2. I am afraid to return to El Salvador and am seeking asylum. On January 10th, 2018, I suffered a miscarriage, which I believe is a direct result of a lack of medical treatment, abuse and conditions that I have suffered at the hands of U.S. immigration officials since I was apprehended and detained on December 22nd, 2017.

3. My husband, Miguel Angel Hernandez Ramirez and I both attempted to enter the U.S. through the border near the Tijuana coast in the evening of December 22nd, 2017. Both my husband and I walked on separate paths with plans to reunite on the U.S. side. As I was walking along the coast on the U.S side, 3 immigration officers apprehended both my husband and I. The officers humiliated us and one of them physically assaulted me even after I repeatedly said that I was pregnant and informed them that we were seeking help and were afraid to return to El Salvador.

4. While I was being escorted to their vehicle, one of the female officers verbally abused me and accused me of lying about my fear to return to my country. She kept shoving me and yelling at me to "walk faster." I told her that I was pregnant over and over, to which she responded, "That is your problem, not mine."

5. When we arrived to their vehicle and we met up with the two other officers who had escorted my husband, the female officer pulled me by my hair, shoved me to the ground and kicked me in the back. I kept telling her that I was pregnant and she kept replying, "that is your problem, not mine."

6. The 3 officers searched our belongings found a few Snickers bars and mocked us. One said, "Look they brought us some food." They took the Snickers bars and started to eat them in front of us, as to humiliate us. Then they made us take off our clothes and they left me wearing only a very thin shirt and tights. I remember that it was so cold but they did not care. I thought that they were going to kill us and didn't ever think of defending myself, as I was afraid for my life.

7. They put us in the cage in the back of their vehicle and took us to a building nearby to process us. When we arrived at the building, I informed them again that I was pregnant but they did not seem to care. At one point, I was forced to stare at a wall while an officer was questioning my husband. The officer started to yell at all the immigrants in the room, telling us that we were all liars. While my husband was being questioned and yelled at by this officer, I looked over to confirm an answer that he had given the officer. The officer then started to verbally abuse me

PLAINT 000361

and forcefully told me that no one had given me permission to speak. He then escorted me and put me in a very cold room and told me that it was punishment for not obeying. I don't believe that I did anything wrong.

8. About 30 minutes later, I was taken out of the cold cell and was also given an interview with lots of questions. We were detained in that building for the night.

9. On December 23rd, 2017 around 11 AM, a male officer in a green uniform came and asked me if I was pregnant, which I confirmed. He then transferred me to another cell full of women. While in that cell, which is known as the "burritos", I started to not feel well. We were given cold bean burritos to eat but when I tried to eat them, they upset my stomach. I started to feel worse and have pain in my abdomen, and suffered from headaches, dizziness, and nausea. I asked one of the officers if I could please have something else to eat as I was not feeling well and the burritos had not been good for me. He just ignored me and refused to help. All of the other women in the cell were very worried about me and didn't think that a pregnant woman should be treated that way. I was not able to eat anything that day.

10. On December 24th, 2017, at around 5 pm, I was transferred to the Otay Mesa Detention Center (OMDC). On this day, I was separated from my husband and have not seen or been able to speak to him since. I was given another interview at OMDC, and they processed and took all of my belongings. Included with my belongings were pregnancy records from a clinic in Tijuana that show that I was about 2 months pregnant. Among the records are a positive pregnancy test and an ultrasound dated on or about December 19th.

11. On December 25th, 2017 at around 3 AM, I was taken to OMDC medical facility for a urine test. Afterwards, I was sent back to my cell and was never given the results of that test.

12. Over the past few weeks, I have not felt well. I have had strong pain in my abdomen, headaches and have felt really weak. I went to see OMDC medical staff on multiple occasions, approximately 6 times. Each time that I went, they told me that the pain was normal. Several times a doctor from OMDC told me that if I was not bleeding, had not fainted or was not experiencing a pain level of 10 (on a scale of 1-10), there was nothing that they could do for me at OMDC. I asked for an ultrasound to check on my baby but they told me that it could only happen at an outside hospital because they did not have that ability there. It took me weeks to get access to prenatal vitamins. All that I was ever given was Tylenol.

13. On January 9th, 2018 I was taken to OMDC medical to get a blood test, then taken back to my cell. Then the same day around 11 AM, they took all the pregnant women to get a flu shot. I told the

nurse that I was afraid to take the shot because my baby was very young. She then encouraged me to take it and assured me that I would be fine, so I agreed to take it. About 30 minutes later, I started to feel a burning sensation in my eyes, had a headache, dizziness, and a fever. I told my cellmates but everyone told me that it must be the side effects and that I would be okay. I then tried to sleep but was not feeling well the rest of the day.

14. On January 10th, 2018 around 10 AM, I woke up and went to use the restroom. I noticed that I was bleeding. I asked to be sent to medical. At OMDC medical, I was given a vaginal exam and the doctor confirmed that I was bleeding. Since I was bleeding, she told me that I would be sent to a hospital to get checked. I was taken to a hospital at about 11 AM.

15. At the hospital, they conducted a urine test, a blood test and an ultrasound. The doctor then told me that I had suffered a miscarriage and that the baby's heart was no longer beating. The doctor said that there were many reasons why the miscarriage happened but that it was "likely due to the conditions that I was in." I was not given any treatment or procedure, just ibuprofen. I overheard the doctor tell the immigration officer who had escorted me, that I should be brought back again but the officer responded, "we have medical staff where she is at that can take care of pregnant women."

16. I continue to worry about my medical needs and am concerned that they will continue to be ignored while I'm detained. I am afraid that all of the baby will not come out of me and that my health may worsen. I am very weak, have lost a lot of weight, continue to have headaches and abdominal pain and don't believe that they will help me here at OMDC.

17. I am also concerned about the health of my husband because he has kidney and heart problems that I worry are also not being treated.

18. I believe that the physiological, physical, verbal abuse and medical neglect that I suffered on behalf of all the immigration authorities that I encountered, resulted in the loss of my baby. I informed several officers that I was pregnant and I never received the care and treatment that I needed.

I, Rubia Morales, swear under penalty of perjury that the attached declaration is true and correct to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____     01/11/18
Signature                            Date

### Certificate of Translation

I, LUIS GUERRA, certify that I am proficient in the English and Spanish Languages and that the foregoing was read to Rubia Morales in Spanish.

_____     01/11/2018
Signature                            Date

PLAINT 000364