UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO, | Case No.: 20-cv-0082-LAB-BGS |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR LEAVE TO APPEAR BY ZOOM AS MOOT** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | [ECF 102] |

On July 18, 2022, Plaintiff filed a Motion for Leave to Appear by Zoom seeking leave to appear by videoconferencing at the August 8, 2022 Mandatory Settlement Conference. (ECF 102.) On July 20, 2022, the Court issued an Order indicating the MSC would be held via Zoom. (ECF 103.) Accordingly, the Court **DENIES** the Motion as moot.

**IT IS SO ORDERED.**

Dated: July 20, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

1

20-cv-0082-LAB-BGS