UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No.:  20-cv-0082-LAB-BGS <br><br> **ORDER VACATING AUGUST 8, 2022 MANDATORY SETTLEMENT CONFERENCE** |

The Court has carefully reviewed the parties' Mandatory Settlement Conference briefs. Given the parties' positions, the Court **VACATES** the August 8, 2022 MSC. Counsel for the parties shall JOINTLY contact Judge Skomal's chambers within three days of a ruling on the pending motions for summary judgment. Prior to contacting chambers, the parties shall identify multiple dates when all lead counsel and parties that are required to participate in the MSC will be available.

    **IT IS SO ORDERED.**

Dated:  July 28, 2022



Hon. Bernard G. Skomal
United States Magistrate Judge

1

20-cv-0082-LAB-BGS