## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubia Mabel Morales-Alfaro, <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Homeland Security, et al., <br><br> Defendants. | No. 3:20-cv-00082-LAB-BGS <br><br> **ORDER GRANTING IN PART JOINT MOTION TO CONTINUE [Dkt. 106]** |

On August 5, 2022, the parties jointly filed a motion to continue the August 29, 2022 motions hearing date, the September 26, 2022 Final Pretrial Conference, and all remaining pretrial deadlines. (Dkt. 106). For good cause shown, the parties' Joint Motion is **GRANTED IN PART**. The Court hereby **ORDERS** as follows:

- The hearing on the parties' motions for summary judgment (Dkt. 92, 95, 99), and Defendant CoreCivic, Inc.'s motions to exclude Plaintiff's expert witnesses (Dkt. 93, 94), is continued from August 29, 2022, to **October 24, 2022**, at **11:15 a.m.** The Court amends the briefing schedule for the respective motions as follows: opposition briefs are due by **August 29, 2022**, and reply briefs are due by **September 12, 2022**.

- Absent leave of Court, no briefs or memoranda in support of or in opposition to any pending motion shall exceed twenty-five (25) pages in

length, and no reply memorandum shall exceed ten (10) pages in length. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

- By **September 26, 2022**, counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3). Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Rule 37.

- By **October 3, 2022**, counsel shall meet in accordance with CivLR 16.1(f)(4). At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Rule 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

- By **October 11, 2022**, Plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with Plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

- By **October 17, 2022**, the parties shall file their proposed final pretrial conference order, including objections to any other parties' Rule 26(a)(3) Pretrial Disclosures.

- The final pretrial conference, currently scheduled for September 26, 2022, is continued to **October 24, 2022**, at **11:15 a.m.**

**IT IS SO ORDERED.**

Dated: August 12, 2022

Hon. Larry A. Burns
United States District Judge

20cv82