

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: 3:20-cv-00082-LAB (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE [DKT. 108]** |

For good cause shown, the Joint Motion to Extend Time is **GRANTED**. (Dkt. 108). The deadlines for filing responses and replies to the parties' summary judgment motions (Dkt. 92, 95, 99), Defendant Core Civic's motions to exclude (Dkt. 93, 94), and Plaintiff's motion in limine (Dkt. 100) are extended as follows: the response deadline is extended to **September 9, 2022**, and the corresponding reply deadline is extended to **September 26, 2022**.

//

//

//

//

20cv82

The hearing on these motions remains on calendar for **October 24, 2022**, at **11:15 a.m.** All other deadlines set in the Court's August 12, 2022 Order remain in effect. (*See* Dkt. 107). **The Court is disinclined to grant any further extensions and the parties should consider this extension to be the final one.**

**IT IS SO ORDERED**.

Dated:  August 29, 2022

Honorable Larry Alan Burns
United States District Judge

2

20cv82