

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO<br><br>                                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                                Defendants. | Case No.: 3:20-cv-00082-LAB (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSES [DKT. 112]** |

For good cause shown, the unopposed Motion to Extend Time to File Responses is **GRANTED**. (Dkt. 112). The deadlines for filing responses and replies to the parties' summary judgment motions (Dkt. 92, 95, 99), Defendant Core Civic's motions to exclude (Dkt. 93, 94), and Plaintiff's motion in limine (Dkt. 100) are further extended as follows: the response deadline is extended to **September 12, 2022**, and the corresponding reply deadline is extended to **September 27, 2022**.

//

//

//

The hearing on these motions remains on calendar for **October 24, 2022**, at **11:15 a.m.** All other deadlines set in the Court's August 12, 2022 Order remain in effect. (*See* Dkt. 107).

**IT IS SO ORDERED**.

Dated:  September 12, 2022

Honorable Larry Alan Burns
United States District Judge

2

20cv82