**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Rubia Mabel Morales-Alfaro, | No. 3:20-cv-00082-LAB-BGS |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT CORECIVIC'S MOTION FOR LEAVE TO FILE SUR-REPLY [Dkt. 132]** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

For good cause shown, Defendant CoreCivic, Inc's ("CoreCivic") Motion for Leave to File Sur-Reply in Support of its Opposition to Plaintiff's Motion for Partial Summary Judgment is **GRANTED**. (Dkt. 132). CoreCivic's sur-reply shall not exceed **five (5) pages**, and shall be limited to discussing only those arguments specifically identified in its motion. (*See id.* at 2). CoreCivic's sur-reply must filed no later than **October 17, 2022**.

**IT IS SO ORDERED.**

Dated: October 11, 2022

_____
Hon. Larry A. Burns
United States District Judge

20cv82