## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Morales-Alfaro v. U.S.D.H.S.**          Case Number:  **20cv82-LAB (BGS)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          _____

        Currently on calendar for October 24, 2022 at 11:15 a.m. is a Final Pretrial Conference and a hearing on the parties' respective motions for summary judgment. (Dkt. 92, 95, 99, 107). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds the parties' motions for summary judgment suitable for decision without oral argument. The Final Pretrial Conference will be rescheduled to a later date. Accordingly, no appearances will be required in this matter on October 24, 2022.

 Date:  October 18, 2022                                    Initials:  LC

 cc:  All Counsel