

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubia Mabel Morales-Alfaro | Civil Action No.   20cv0082-LAB-BGS |
| Plaintiff, | |
| V. | |
| United States of America, et al | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the United States' motion for summary judgment as to Morales's fifth cause of action for medical negligence. (Dkt. 92). The Court declines to exercise supplemental jurisdiction over Morales's remaining state law claims and DISMISSES those claims WITHOUT PREJUDICE to refiling in state court. All remaining pending motions are DENIED AS MOOT.

| | |
|---|---|
| Date:       2/24/23 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ J. Simmons<br>                                    J. Simmons, Deputy |