# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubia Mabel Morales-Alfaro,<br><br>                                Plaintiff,<br><br>        v.<br><br>United States Department of<br>Homeland Security, et al.,<br><br>                                Defendants. | No. 3:20-cv-00082-LAB-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE APRIL 24, 2023 HEARING [Dkt. 147]** |

Plaintiff Rubia Morales-Alfaro submitted a Joint Motion to Continue the April 24, 2023 hearing on Defendant CoreCivic's motion for reconsideration of the Court's summary judgment ruling. (Dkt. 147). Although styled as a Joint Motion, Defendant CoreCivic did not stipulate to the request. Nevertheless, Plaintiff represents that its motion is unopposed. Plaintiff requests that the Court continue the hearing date from April 24, 2023, to May 22, 2023, due to a conflict in Plaintiff's counsel's schedule. For good cause shown, Plaintiff's request is **GRANTED**. The hearing on CoreCivic's motion for reconsideration is rescheduled to **May 22, 2023, at 11:15 a.m.** in **Courtroom 14A** before the Honorable Larry A. Burns.

**IT IS SO ORDERED.**

Dated: April 10, 2023

_Larry A. Burns_

Hon. Larry A. Burns
United States District Judge

1                                                                    20cv82