UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>CORECIVIC, INC.,<br><br>Defendants-Appellees,<br><br>and<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY; et al.,<br><br>Defendants. | No.   23-55200<br><br>D.C. No.<br>3:20-cv-00082-LAB-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

A review of the district court docket reflects that appellee CoreCivic, Inc.

filed a timely motion listed in Federal Rule of Appellate Procedure 4(a)(4), and

that the motion is still pending in the district court. Appellant's motion to stay

appellate proceedings pending the district court's resolution of appellee's Rule

59(e) motion (Docket Entry No. 9) is therefore granted. *See Leader Nat'l Ins. Co.*

*v. Industrial Indemnity Ins. Co.*, 19 F.3d 444 (9th Cir. 1994); *Tripati v. Henman*,

845 F.2d 205, 206 (9th Cir. 1988).

AC/MOATT

Within 21 days after the district court's resolution of the pending motion,

appellant shall file a written status report and/or a motion for appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT                                        2