## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Morales-Alfaro v. U.S.D.H.S.**          Case Number: **20cv82-LAB (BGS)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          _____

Currently on calendar for May 22, 2023, at 11:15 a.m. is a hearing on Defendant CoreCivic's Rule 59(e) Motion for Reconsideration. (Dkt. 146). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument. Accordingly, the hearing on this motion is taken off calendar and the motion is taken under submission. No appearances will be required in this matter on Monday, May 22, 2023.

Date: May 18, 2023                                        Initials: LC

cc: All Counsel