

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubia Mabel Morales-Alfaro, individually<br><br>Plaintiff,<br>V.<br><br>CoreCivic, Inc.<br><br>Defendant. | Civil Action No.   20cv82-LAB(BGS)<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants  CoreCivic's Rule 59(e) Motion for Reconsideration, (Dkt. 146), and (2) CoreCivic's Motion for Summary Judgment (Dkt. 95) as to Morales's remaining causes of action.

| | |
|---|---|
| **Date:**     3/12/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  R. Chapman<br>R. Chapman, Deputy |