1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RUBIA MABEL MORALES-ALFARO,

Plaintiff,

v.

CORECIVIC, INC.; et al.,

Defendants.

Case No.: 20-cv-82-LAB-BGS
Consolidated Case No.: 23-cv-1311-LAB-BGS

**ORDER GRANTING JOINT MOTION FOR ORDER *NUNC PRO TUNC* CORRECTING AMENDED JUDGMENT [Dkt. 159]**

On March 19, 2024, Plaintiff Rubia Mabel Morales-Alfaro ("Morales") and Defendant CoreCivic, Inc. ("CoreCivic") jointly filed a motion for an order *nunc pro tunc* ("Joint Motion"), in *Morales-Alfaro v. CoreCivic, Inc. et al.*, No. 20-cv-82-LAB-BGS ("*Morales I*"), to correct the Amended Judgment entered on March 12, 2024, (Dkt. 158), to include the consolidated case *Morales-Alfaro v. CoreCivic, Inc.*, No. 23-cv-1311-LAB-BGS ("*Morales II*"). (Dkt. 159). On February 26, 2024, the Court granted CoreCivic's unopposed motion to consolidate both cases filed in *Morales II*. (*See id.* at 2); *see also Morales II*, ECF No. 6. Subsequently, the Court granted CoreCivic's Rule 59(e) motion for reconsideration and its summary judgment motion filed in *Morales I*. (Dkt. 157; 159 at 2). An Amended Judgment was issued in *Morales I*, but it didn't include termination of both cases. (Dkt. 158; 159 at 2–3).

For good cause shown, the parties' Joint Motion is **GRANTED**. (Dkt. 159). The Clerk is directed to correct the Amended Judgment, (Dkt. 158), to include the consolidated case, *Morales-Alfaro v. CoreCivic, Inc.*, No. 23-cv-1311-LAB-BGS, enter judgment in both cases, and terminate both cases.

**IT IS SO ORDERED**.

Dated:  March 20, 2024

Honorable Larry Alan Burns
United States District Judge