UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO, | No. 23-55200 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-00082-LAB-BGS Southern District of California, San Diego |
| v. | |
| UNITED STATES OF AMERICA; CORECIVIC, INC., | ORDER |
| Defendants-Appellees, | |
| and | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | |
| Defendants. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

On April 19, 2023, this court stayed appellate proceedings pending resolution of a Rule 59(e) motion in the district court.  Appellant reports that on March 12, 2024, the district court granted the Rule 59(e) motion, and on March 20, 2024, the district court entered a corrected amended judgment.  The stay of appellate proceedings is therefore lifted.

Appellant's motion to file under seal and ex parte appellant's motion to proceed in forma pauperis (Docket Entry No. 10) is denied without prejudice to appellant filing a new motion to proceed in forma pauperis that omits any attorney

OSA145

work product or confidential protected health information.

The Clerk will maintain Docket Entry No. 10 under provisional seal.