UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO, | No.    23-55200 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-00082-LAB-BGS Southern District of California, San Diego |
| v. | |
| UNITED STATES OF AMERICA; CORECIVIC, INC., | |
| Defendants-Appellees, | ORDER |
| and | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | |
| Defendants. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motion to proceed in forma pauperis (Docket Entry No. 16) is granted.

The opening brief and excerpts of record are due July 1, 2024.  The answering brief is due July 31, 2024.  The optional reply brief is due within 21 days after service of the answering brief.

OSA145