FILED

AUG 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUBIA MABEL MORALES-ALFARO, | No.   23-55200 |
| Plaintiff-Appellant, | |
| v. | D.C. No.<br>3:20-cv-00082-LAB-BGS |
| UNITED STATES OF AMERICA;<br>CORECIVIC, INC., | ORDER |
| Defendants-Appellees, | |
| and | |
| U.S. DEPARTMENT OF HOMELAND<br>SECURITY; IMMIGRATION AND<br>CUSTOMS ENFORCEMENT; UNITED<br>STATES IMMIGRATION AND CUSTOMS<br>ENFORCEMENT; UNITED STATES<br>CUSTOMS AND BORDER PROTECTION;<br>JOHN AND JANE DOES, 1-20, | |
| Defendants. | |

Before: GRABER, WARDLAW, and JOHNSTONE, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing.

Judge Wardlaw and Judge Johnstone vote to deny the petition for rehearing

en banc (Dkt. 65), and Judge Graber so recommends. The full court has been

advised of the petition for rehearing en banc, and no judge has requested a vote on

whether to rehear the matter en banc.  Fed. R. App. P. 40. The petition for panel

rehearing and rehearing en banc is **DENIED**.